UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN MOFFIT, | : |
| Plaintiff, | : |
| v. | :  Case No.  23-cv-2408-KHV-TJJ |
| VALUEHEALTH, LLC, et al. | : |
| Defendant. | : |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff John Moffit, and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, makes the following Motion for Partial Summary Judgment:

This matter arises from Plaintiff's former employment by Defendant ValueHealth LLC ("ValueHealth").

Plaintiff John Moffit brings claims against Defendant ValueHealth for breach of contract. Plaintiff John Moffit brings claims against defendants ValueHealth and Defendant Don Bisbee for violation of the Pennsylvania Wage Payment and Collection Law, and Violation of the Kansas Wage Payment Act, (Pretrial Order (ECF No. 63) entered by the Court on October 4, 2024 at § 6(a)(i, ii, iii) (herein after "PTO")). Defendant has asserted as a defense that Plaintiff failed to mitigate his alleged damages.  PTO § 6(b)(iv).

**I.     RELIEF SOUGHT**

Plaintiff seeks summary judgment against Defendant ValueHealth on the ground that it breached its contract with Plaintiff by failing to pay him twelve months of salary continuation after Defendant terminated Plaintiff's employment without Cause, in the amount of $250,000 plus prejudgment interest.

1

Plaintiff seeks summary judgment against Defendant ValueHealth on the ground that it violated the Pennsylvania Wage Payment and Collection Law by failing to pay Plaintiff twelve months of salary continuation after Defendant terminated Plaintiff's employment without Cause, in the amount of $250,000 plus $62,500 in liquidated damages plus attorneys' fees and prejudgment interest.

Plaintiff seeks summary judgment against Defendant Don Bisbee on the ground that he violated the Pennsylvania Wage Payment and Collection Law by failing to pay Plaintiff twelve months of salary continuation after Defendant terminated Plaintiff's employment without Cause, in the amount of $250,000 plus $62,500 in liquidated damages plus attorneys' fees and prejudgment interest.  This liability is joint and several with Defendant ValueHealth's liability for the same amounts.

Plaintiff seeks summary judgment against Defendant ValueHealth on the ground that it willfully violated the Kansas Wage Payment Act by failing to pay Plaintiff twelve months of salary continuation after Defendant terminated Plaintiff's employment without Cause, in the amount of $250,000 plus a penalty of $250,000 for a total of $500,000 plus prejudgment interest.

Plaintiff seeks summary judgment against Defendant Don Bisbee on the ground that he willfully violated the Kansas Wage Payment Act by failing to pay Plaintiff twelve months of salary continuation after Defendant terminated Plaintiff's employment without Cause, in the amount of $250,000 plus a penalty of $250,000 for a total of $500,000 plus prejudgment interest. This liability is joint and several with Defendant ValueHealth's liability for the same amounts.

Plaintiff seeks partial summary judgment against Defendants ValueHealth and Don Bisbee on the issue of whether they have waived in the Agreement the defense of failure to mitigate damages.

As demonstrated in Plaintiff's accompanying supporting brief, Plaintiff has shown a lack of material facts in dispute on these issues. As such, Plaintiff is entitled to summary judgment on all of his claims and Plaintiff is further entitled to summary judgment in his favor regarding the defense of failure to mitigate damages.

                                  Respectfully submitted,

Date: 10/7/2024                By: */s/ Edward C. Sweeney*
                                      Edward C. Sweeney, Esq. (PA ID: 64565)
                                      Wusinich, Sweeney & Ryan, LLC
                                      102 Pickering Way, Suite 403
                                      Exton, PA  19341
                                      (610) 594-1600
                                      esweeney@wspalaw.com
                                      *Admitted Pro Hac Vice*

                                      and

                                By: */s/ Robert A. Bruce*
                                      Robert A. Bruce, Esq. (KS ID: 28332)
                                      Daniel L. Doyle, Esq. (KS ID: 11260)
                                      Doyle & Bruce LLC
                                      748 Ann Avenue
                                      Kansas City, KS 66101
                                      (913) 543-8558
                                      Robert@KCLaw.com
                                      Dan@KCLaw.com

                                      **ATTORNEYS FOR PLAINTIFF**